FILED
10/21/2026
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT
EE

1:26-cr-00548
Judge LaShonda A. Hunt
Magistrate Judge M. David Weisman
RANDOM / Cat. 3

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Violations: Title 26, |
| v. | ) | United States Code, |
| | ) | Sections 7201 and 7202 |
| KATHLEEN P. CUMMINGS | ) | |

COUNT ONE

The SPECIAL SEPTEMBER 2025 GRAND JURY charges:

1. At times material to this indictment:

**The Defendant**

a. Defendant KATHLEEN P. CUMMINGS, a resident of the Northern District of Illinois, was the owner and president of KC's Academy of Early Childhood Education, Inc. ("KC's Academy"), a children's education and daycare provider located in Chicago, Illinois. KC's Academy employed teaching staff and daycare assistants, among other employees.

**Payroll Tax Requirements**

b. The Internal Revenue Service was a bureau of the United States Department of the Treasury, responsible for administering and enforcing the tax laws of the United States, including the collection of taxes.

c. Pursuant to the Internal Revenue Code, found in Title 26 of the United States Code, employers such as KC's Academy were required to withhold from their employees' gross pay: (i) federal income taxes, and (ii) Federal Insurance Contribution Act ("FICA") taxes, consisting of Social Security and Medicare taxes.

Collectively, these taxes were known as "trust fund taxes" because employers were required to hold such taxes in trust until paid to the IRS on behalf of their employees.

d. The IRS also required employers to pay a matching share of its employees' trust fund taxes. The employer's matching share, combined with the trust fund taxes withheld from its employee wages, were referred to collectively as "payroll taxes."

e. Every employer was required to have at least one person who would be responsible for collecting, accounting for, and paying over payroll taxes to the IRS ("responsible person").

f. Payroll taxes were required to be paid to the IRS on a quarterly basis, no later than about the last day of month following the end of the quarter.

g. Employers also were required to file, no later than about one month after the conclusion of each calendar quarter, an Employer's Quarterly Federal Tax Return (IRS Form 941), setting forth, among other things, the total amount of federal income taxes withheld from their employees' gross pay, the total amount of Social Security and Medicare taxes due, the total tax deposits for the quarter, and any balance due.

h. If a responsible person failed to pay trust fund taxes, the IRS could impose a penalty, known as the Trust Fund Recovery Penalty, in an amount equal to 100% of the trust fund taxes owed by the employer to the IRS.

i. Employers unable to pay the full amount of payroll taxes owed to the IRS could seek to resolve their payroll tax obligations, and to delay IRS collections

and enforcement actions, by submitting an IRS Form 433-B (Collection Information Statement for Businesses) demonstrating their inability to pay. Form 433-B required detailed information about a business's assets, liabilities, income, and expenses, among other things, with such information to be certified under penalties of perjury as true, correct, and complete.

j. As the responsible person for KC's Academy, CUMMINGS was required to withhold trust fund taxes from the gross pay of each of the company's employees, to account for such taxes on the company's quarterly tax returns (Forms 941), and to pay such taxes to the IRS on behalf of the company and its employees.

k. In each quarter during the period between about 2013 and 2023, CUMMINGS withheld trust fund taxes, and caused trust fund taxes to be withheld, from the gross pay of her employees at KC's Academy. By reason of those withholdings, CUMMINGS was required by law, following the close of each quarter between 2013 and 2023, to file a quarterly tax return with the IRS and pay over all taxes due and owing thereon.

l. During the period between about 2013 and 2023, CUMMINGS failed to pay over to the IRS all the payroll taxes withheld from the wages of her employees at KC's Academy, resulting in a tax deficiency exceeding $295,000.

**The Defendant's Evasion of Payment**

2. Beginning no later than in or about 2013, and continuing through at least 2023, in the Northern District of Illinois, Eastern Division,

KATHLEEN P. CUMMINGS,

defendant herein, willfully attempted to evade the payment of more than $295,000 in payroll taxes due and owing to the United States, by the following affirmative acts, among others:

a. establishing a nominee company with a similar name, "KC's Academy LLC," to mislead the IRS into believing that the original company (KC's Academy of Early Childhood Education, Inc.) was no longer doing business and generating revenue;

b. opening a new bank account (BoA 0236) in the name of the original company;

c. submitting to the IRS, and causing to be submitted to the IRS, a Form 433-B, dated November 7, 2021, signed by defendant under penalties of perjury as true, correct, and complete, knowing that such Form 433-B was not true, correct, and complete, in that such form failed to disclose all bank accounts into which business income had been deposited, transferred, and spent by defendant; and

d. adding defendant's name as a signatory, and causing her name to be added as a signatory, on another nominee bank account, such account opened by her son under the name of "Big Black Tech, Inc." at another bank (Chase 8620), an

account that defendant intended to use to deposit and dispose of business income from her daycare;

In violation of Title 26, United States Code, Section 7201.

COUNTS TWO THROUGH TWELVE

The SPECIAL SEPTEMBER 2025 GRAND JURY further charges:

1. Paragraph 1 of Count One is incorporated here.

2. On or about the dates listed below, each such date constituting a separate count of this indictment, in the Northern District of Illinois, Eastern Division,

KATHLEEN P. CUMMINGS,

defendant herein, a person required under Title 26 of the United States Code to collect, account for, and pay over trust fund taxes to the IRS, willfully failed to pay over all trust fund taxes due and owing to the United States on the following due dates, for each of the calendar quarters listed below, on behalf of the employees of KC's Academy:

| **Count** | **Calendar Quarter** | **Tax Due Date** |
|---|---|---|
| Two | July 1, 2020 to September 30, 2020 | October 31, 2020 |
| Three | October 1, 2020 to December 31, 2020 | January 31, 2021 |
| Four | January 1, 2021 to March 31, 2021 | April 30, 2021 |
| Five | April 1, 2021 to June 30, 2021 | July 31, 2021 |
| Six | July 1, 2021 to September 30, 2021 | October 31, 2021 |
| Seven | October 1, 2021 to December 31, 2021 | January 31, 2022 |
| Eight | January 1, 2022 to March 31, 2022 | April 30, 2022 |
| Nine | April 1, 2022 to June 30, 2022 | July 31, 2022 |
| Ten | July 1, 2022 to September 30, 2022 | October 31, 2022 |
| Eleven | October 1, 2022 to December 31, 2022 | January 31, 2023 |
| Twelve | January 1, 2023 to March 31, 2023 | April 30, 2023 |

In violation of Title 26, United States Code, Section 7202.

A TRUE BILL:

________________________
F O R E P E R S O N

________________________________
UNITED STATES ATTORNEY